**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHEUNG, | CV 23-4276 PA (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| 1541 WILCOX HOLDINGS LLC, et al., | |
| Defendants. | |

Pursuant to this Court's June 20, 2023, Minute Order, which dismissed the action filed by plaintiff Jeffrey Cheung ("Plaintiff") against defendants 1541 Wilcox Holdings LLC and 6516 Tommie Hotel LLC ("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of subject matter jurisdiction and failure to comply with the Court's Orders.

DATED:  June 20, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE